IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY JOHNSON,<br><br>　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE AUTO FINANCE, INC., et al.,<br><br>　Defendants. | CIVIL ACTION<br><br>NO. 25-1407-KSM |

## ORDER

**AND NOW** this 2nd day of September, 2025, upon consideration of Defendant Capital One Auto Finance, Inc.'s Motion to Dismiss (Doc. Nos. 22, 23), Plaintiff's opposition brief (Doc. No. 25), Defendant Chapman Nissan, LLC's Motion for Judgment on the Pleadings (Doc. No. 24), and Plaintiff's opposition brief (Doc. No. 26), it is **ORDERED** that the motions (Doc. Nos. 22, 24) are **GRANTED**. Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**, and his state claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/*Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.